UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES – ARRAIGNMENT**

| | | |
|---|---|---|
| Case No. | 2:24-CR-00569-MEMF | Date: 10/28/2024 |

Present: The Honorable: Jacqueline Chooljian, United States Magistrate Judge

Interpreter N/A     Language N/A

| Kerri Hays | CS 10/28/2024 | Alexander Schwab |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

U.S.A. v. Defendant(s)  ✓ Present  Appearing on Summons    Attorneys for Defendants:  ✓ Present  Retained

Ignite International Brands, Ltd.                Ashwin Ram

**Proceedings: Arraignment of Defendant and/or**    ✓ Assignment of Case    Appointment of Counsel
                                                      Initial Appearance

* Defendant's name is the name on the charging document.
* The representative appearing for the defendant is Ashwin Ram.
* Defendant is arraigned under name on charging document.
* Defendant's Attorney acknowledges having read the charging document.
* Defendant's Representative pleads "not guilty" to all counts of the charging document.
* This case is assigned to Judge Maame Ewusi-Mensah Frimpong.
* It is ordered that the following date(s) and time(s) are set: Jury Trial: 12/23/2024 8:30 AM;
Status Conference: 11/14/2024 2:00 PM
* Government counsel provides trial estimate of 2 weeks.
* Judge Frimpong is located in 8B, Los Angeles - United States Courthouse, 350 W 1st Street, CA 90012-4565.

cc:  PSALA    PSAED    PSASA
     USMLA    USMED    USMSA        Initial Appearance/Appointment of Counsel: 00 : 00
     Statistics Clerk        Interpreter    Arraignment: 00 : 04
     CJA Supervising Attorney    Fiscal       Initials of Deputy Clerk: KH by TRB