NINA MARINO (State Bar No. 142815)
MORIAH RADIN (State Bar No. 260245)
JENNIFER LIESER (State Bar No. 313707)
KAPLAN MARINO, PC
1546 N. Fairfax Avenue
Los Angeles, California 90046
Tel: (310) 557-0007
Fax: (310) 861-1776
Email: marino@kaplanmarino.com
       radin@kaplanmarino.com
       lieser@kaplanmarino.com

Attorneys for Defendant
IGNITE INTERNATIONAL BRANDS, LTD.

DAVID SCHOEN (admitted Pro Hac Vice)
SIMON SCHOEN (admitted Pro Hac Vice)
SCHOEN LAW FIRM, LLC
2800 Zelda Road Suite 100-6
Montgomery, AL 36106
Tel: (334) 395-6611
Email: schoenlawfirm@gmail.com
       simon@schoenlawfirm.com

Attorneys for Defendant
SCOTT ROHLEDER

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No. 2:24-CR-00569-MEMF |
| Plaintiff, ) | Hon. Maame Ewusi-Mensah Frimpong |
| ) | **RENEWED STIPULATION TO** |
| v. ) | **CONTINUE HEARING DATE ON** |
| ) | **DEFENDANTS' MOTION TO** |
| ) | **DISMISS COUNTS ONE** |
| PAUL A. BILZERIAN, et. al, ) | **THROUGH SIX OF THE** |
| (2) SCOTT ROHLEDER ) | **INDICTMENT** |
| (3) IGNITE INTERNATIONAL ) | |
| BRANDS, LTD. ) | Current Hearing Date: June 5, 2025 |
| Defendants. ) | Requested Hearing Date: July 31, 2025 |
| ) | Trial date: November 3, 2025 |

Defendants Ignite International Brands, Ltd. ("Ignite"), by and through their counsel of record, Nina Marino, Moriah Radin and Jennifer Lieser, and Scott Rohleder ("Rohleder"), by and through their counsel of record, David Schoen and Simon Schoen, and Plaintiff United States of America, by and through its counsel of record, Assistant United States Attorneys Alexander B. Schwab, Jason C. Pang, and Mikaela W. Gilbert-Lurie, hereby agree and stipulate as follows:

1. As set forth in the parties' Stipulation to Continue the Hearing on Defendants' Motion to Dismiss (the "Stipulation) filed on May 29, 2025, the parties wish to continue the hearing on Defendants' Motion to Dismiss Counts One Through Six of the Indictment (the "Motion to Dismiss"), Dkt No. 78, from June 5 to July 31, 2025. (Dkt No. 114.)

2. On May 30, 2025, this Court denied the parties' Stipulation because no good cause was shown for the continuance. (Dkt No. 115.)

3. The parties file this Renewed Stipulation to Continue the Hearing Date on Defendants' Motion to Dismiss to provide the Court with additional factual background to support good cause for the requested continuance of the hearing date.

4. The pending Motion to Dismiss was drafted by prior defense counsel and filed on March 11, 2025. (Dkt No. 78.) Current defense counsel was substituted into the case in mid-April 2025. (Dkt Nos. 107, 110).

5. The government's discovery in this case consists of approximately 5 terabytes of data. Despite diligent action by both counsel for the government and defense counsel, defense counsel received the discovery in this matter on or about May 20, 2025. The discovery has been shipped to defense counsel's hosting vendor and is being processed. Given the volume and several technical difficulties, counsel do not yet have access to the discovery and therefore, have not yet reviewed it.

6.  As the Court is aware, counts two through six in the indictment relate to transactions and communications involving Ignite and "Company 1" that occurred from October 2020 through April 2021. (Dkt No. 1, ¶¶ 5-10.)  The Motion to Dismiss contests some of the acts alleged to have occurred, communications that were made, and the relationship between "Company 1" and Ignite. (*See* Dkt No. 78 at 18-22.)

7.  Due to the delay in gaining access to the discovery, current defense counsel has not had access to the discovery underlying these arguments, including materials relevant to issues in the Motion to Dismiss. To the extent the Court expects defense counsel to be able to discuss these materials at the currently scheduled hearing on the Motion to Dismiss, defense counsel will be unable to do so.

8.  Therefore, the parties agree that to provide new counsel with sufficient time to prepare for the hearing and afford the parties sufficient time to meet and confer, the hearing on Defendants' motion to dismiss should be continued until July 31, 2025, at 2:00 p.m.

9.  Accordingly, the parties file this renewed request that the Court continue the hearing date on Defendants' motion to dismiss counts one through six of the indictment to July 31, 2025, at 2:00 p.m.

/ /
/ /
/ /
/ /
/ /
/ /
/ /
/ /
/ /

1      IT IS SO STIPULATED.

2

3    DATED: June 1, 2025           Respectfully submitted,

4

5                                     /s/ *Nina Marino*

6                                     NINA MARINO

7                                     MORIAH RADIN

                                    JENNIFER LIESER

8                                     KAPLAN MARINO, PC

9                                     Attorneys for Defendant

10                                     IGNITE INTERNATIONAL

                                    BRANDS LTD.

11

12                                     /s/ *David Schoen*

                                    DAVID SCHOEN

13                                     SIMON SCHOEN

                                    SCHOEN LAW FIRM, LLC

14                                     Attorneys for Defendant

15                                     SCOTT ROHLEDER

16

17

18    DATED: June 1, 2025           BILAL A. ESSAYLI

19                                     United States Attorney

                                    CHRISTINA T. SHAY

20                                     Assistant United States Attorney

21                                     Chief, Criminal Division

22

23                                     /s/ *via email authorization*

                                    JASON C. PANG

24                                     ALEXANDER B. SCHWAB

25                                     MIKAELA W. GILBERT-LURIE

                                    Assistant United States Attorney

26

27                                     Attorneys for Plaintiff

                                    UNITED STATES OF AMERICA

28

RENEWED STIPULATION TO CONTINUE HEARING DATE ON DEFENDANTS' MOTION TO DISMISS